■ In the Matter of the Estate of BERTHA GORELIK, Deceased. JOSEF GORELIK et al., Appellants; MORDECAI GORELIK et al., Respondents.— Motion to dismiss appeals granted. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ EVELYN BRODY v. BARNIE BRODY.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ HARVEY MACHINE CO., INC., et al. v. HARVEY ALUMINUM CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ DOROTHY SCHATZMAN v. BERNARD SCHATZMAN.— Motion to dismiss appeals granted. Concur — Breitel, J. P., Botein, Valente, Bergan and Bastow, JJ.

■ JOSEPH SCHILDKRET et al. v. WILLIAM P. FEELEY et al.— Motion to dismiss appeal granted to the extent and upon the conditions stated in the order. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ JOSEPH SCHILDKRET et al. v. PERCY J. EBBOTT et al.— Motion to dismiss appeal granted to the extent and upon the conditions stated in the order. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ In the Matter of ADELAIDE NEUWIRTH, Petitioner, against THOMAS A. AURELIO, Individually and as a Justice of the Supreme Court of the State of New York, in and for the County of New York, Respondent.— Cross motion of the respondent to dismiss the petition as a matter of law granted and the petition dismissed, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and McNally, JJ.

■ In the Matter of HARRY M. LEWIN, an Attorney.— Motion for reinstatement granted. Concur — Peck, P. J., Breitel, Botein, Rabin, Frank, Valente and McNally, JJ.